■ In the Matter of ANITA C. JORDAN, Respondent, v JOSEPH JORDAN, Appellant. [8 NYS3d 596]—Appeal from an order of the Family Court, Kings County (Richard N. Ross, J.H.O.), dated March 3, 2014. The order denied, after a hearing, the appellant's motion to vacate a prior order of protection of that court dated October 15, 2012, entered upon his failure to appear at a hearing.

Ordered that the appeal is dismissed as academic, without costs or disbursements.

The order of protection dated October 15, 2012, that was the subject of the appellant's motion to vacate, was in effect for two years, and has expired by its own terms. The order of protection had no stigmatizing consequences because it was is-

sued upon the appellant's default, not upon a finding that the appellant committed a family offense. Accordingly, this appeal from the order denying the appellant's motion to vacate the order of protection must be dismissed as academic (*see Matter of Edemodu v Scott*, 122 AD3d 734 [2014]; *Matter of Nair v Nair*, 113 AD3d 688 [2014]). Dillon, J.P., Dickerson, Roman and LaSalle, JJ., concur.